| | |
|---|---|
| 1 | WALTER LAW GROUP |
| | a Professional Corporation |
| 2 | Riley C. Walter #91839 |
| | 7110 North Fresno Street, Ste. 400 |
| 3 | Fresno, California 93720 |
| | Telephone: (559) 435-9800 |
| 4 | Facsimile: (559) 435-9868 |
| | E-mail: rwalter@walterlawgroup.com |
| 5 | |
| 6 | Attorneys for Appellant and Cross-Appellee |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| | In re | CASE NOS: 1:07-CV-00343-AWI |
| | CENTRAL VALLEY PROCESSING, INC., | 1:07-CV-00344-AWI |
| | Debtor. | Bankruptcy Case No. 03-11610-B-7 |
| | GROWER'S COMMITTEE, | |
| | Appellant, | ADV. PROC. NO.: 05-1304 |
| | v. | |
| | MICHAEL McGRANAHAN, Chapter 7 Trustee, | |
| | Appellee. | |

**STIPULATION FOR CONSOLIDATION OF APPEALS AND ORDER THEREON**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Michael McGranahan, Chapter 7 Trustee and the Grower's Committee hereby stipulate and agree as follows:

1. On December 29, 2006 the Grower's Committee filed the within captioned appeal.

2. On January 5, 2007 Michael McGranhan, Chapter 7 Trustee filed a

1  cross-appeal.

2  3. On January 29, 2007 the Grower's Committee designated the United
3  States District Court, Eastern District of California, as the court which will hear the
4  cross-appeal.

5  Because the legal issues at issue in the appeal arise out of the same fact
6  pattern on cross-motions for summary judgment, the parties hereto consent to
7  consolidation of the appeal and cross-appeal for briefing and argument purposes.

8  The parties hereby stipulate and agree to entry of the below order of the
9  United States District Court.

10  Dated: March _____, 2007            **WALTER LAW GROUP,**
                                          a Professional corporation
11

12                                        By: _____
13                                        Riley C. Walter, Attorneys for Grower's
                                          Committee

14
    Dated: March _____, 2007            **KLEIN, DENATALE, GOLDNER,**
15                                        **COOPER, ROSENLIEB & KIMBALL, LLP**

16
                                          By: _____
17                                        Scott Belden, Attorneys for Michael D.
                                          McGranahan, Chapter 7 Trustee
18

19                         **ORDER CONSOLIDATING APPEALS**

20  The Court having reviewed the stipulation of the parties, and finding judicial
21  economy would be served by consolidation of the appeal and cross-appeal for
22  briefing and argument purposes, therefore,

23  IT IS HEREBY ORDER, ADJUDGED AND DECREED, that the stipulation be
24  and hereby is adopted as the order of this Court.

25
    IT IS SO ORDERED.
26
    **Dated:   March 13, 2007**                   /s/ Anthony W. Ishii
27  0m8i78                              UNITED STATES DISTRICT JUDGE

28