| | |
|---|---|
| 1 | WALTER LAW GROUP |
|   | a Professional Corporation |
| 2 | Riley C. Walter #91839 |
|   | 7110 North Fresno Street, Ste. 400 |
| 3 | Fresno, California 93720 |
|   | Telephone: (559) 435-9800 |
| 4 | Facsimile: (559) 435-9868 |
|   | E-mail: rwalter@walterlawgroup.com |

(SPACE ABOVE FOR FILING STAMP ONLY)

Attorneys for Appellant and Cross-Appellee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

**CENTRAL VALLEY PROCESSING, INC.,**

    Debtor.

CASE NOS: 1:07-CV-00343-AWI
                 1:07-CV-00344-AWI

Bankruptcy Case No. 03-11610-B-7

GROWER'S COMMITTEE,

    Appellant,

v.

MICHAEL McGRANAHAN, Chapter 7 Trustee,

    Appellee.

ADV. PROC. NO.: 05-1304

**STIPULATION FOR CONSOLIDATION OF APPEALS AND ORDER THEREON**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Michael McGranahan, Chapter 7 Trustee and the Grower's Committee hereby stipulate and agree as follows:

    1.    On December 29, 2006 the Grower's Committee filed the within captioned appeal.

    2.    On January 5, 2007 Michael McGranhan, Chapter 7 Trustee filed a

cross-appeal.

3. On January 29, 2007 the Grower's Committee designated the United States District Court, Eastern District of California, as the court which will hear the cross-appeal.

Because the legal issues at issue in the appeal arise out of the same fact pattern on cross-motions for summary judgment, the parties hereto consent to consolidation of the appeal and cross-appeal for briefing and argument purposes.

The parties hereby stipulate and agree to entry of the below order of the United States District Court.

Dated: March _____, 2007    **WALTER LAW GROUP,**
a Professional corporation

By: _____
Riley C. Walter, Attorneys for Grower's Committee

Dated: March _____, 2007    **KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP**

By: _____
Scott Belden, Attorneys for Michael D. McGranahan, Chapter 7 Trustee

### ORDER CONSOLIDATING APPEALS

The Court having reviewed the stipulation of the parties, and finding judicial economy would be served by consolidation of the appeal and cross-appeal for briefing and argument purposes, therefore,

IT IS HEREBY ORDER, ADJUDGED AND DECREED, that the stipulation be and hereby is adopted as the order of this Court.

IT IS SO ORDERED.

**Dated:  March 13, 2007**            /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE