IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GROWER'S COMMITTEE, | ) | 1:07-CV-0343 AWI |
| | ) | |
| Appellant, | ) | ORDER GRATING PARTIES' |
| | ) | STIPULATION OF BRIEFING |
| v. | ) | SCHEDULE AND CLARIFYING |
| | ) | OF APPELLANT |
| MICHAEL MCGRANAHAN, | ) | |
| CHAPTER 7 TRUSTEE, | ) | (Document #7) |
| | ) | |
| Appellee. | ) | |

On July 5, 2007, the parties filed a stipulation regarding the briefing schedule in the bankruptcy appeal and a request to clarify the appellant. The court having considered the parties' July 5, 2007 stipulation, and good cause appearing, ORDERS that:

1. The Grower's Committee is designated as the Appellant and Michael McGranaham is designated as the Appellee.

2. Appellant Grower's Committee's opening brief and excerpts of the record must be filed on or before August 25, 2007.

3. Appellee Michael McGranahan's opening brief must be filed on or before September 21, 2007.

4. Appellant Grower's Committee may file a reply brief within fifteen (15) days after service of Appellee Michael McGranahan's opening brief.

5. One all briefs have been submitted, the Appellant Grower's Committee will notify the district court in writing, within ten (10) days after service of its reply brief that the appeal is ready for oral argument.

IT IS SO ORDERED.

Dated:    July 6, 2007                                  /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE

2