UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**CENTRAL VALLEY PROCESSING, INC.,**<br><br>Debtor.<br><br>GROWER'S COMMITTEE,<br><br>Appellant,<br><br>v.<br><br>MICHAEL McGRANAHAN, Chapter 7 Trustee,<br><br>Appellee. | CASE NO:<br>1:07-CV-00343-AWI<br>Consolidated with Case No:<br>1:07-CV-00344-AWI<br><br>Bankruptcy Case No.  03-11610-B-7<br><br>ADV. PROC. NO.: 05-1304 |

**SECOND STIPULATION REGARDING BRIEFING SCHEDULE AND ORDER THEREON**

On or about July 9, 2007, the District Court filed its Order Granting Parties' Stipulation of Briefing Schedule and Clarifying of Appellant which provided that Appellant's opening brief and excerpts of record must be filed on or before August 25, 2007, Appellee's opening brief must be filed on or before September 21, 2007 and Appellant may file a reply brief within 15 days after service fo Appellee's opening brief.

Due to vacation and work schedules of counsel for Appellant and Appellee, extensions of time are necessary for filing Appellant's opening brief and Appellee's opening brief.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel as follows:

1. Appellant's opening brief and excerpts of record must be filed on or before September 10, 2007.

2. Appellee's opening brief must be filed on or before October 8, 2007.

3. Appellant may file an opening brief within 15 days after service of Appellee's opening brief.

4. Once all briefs have been submitted, Appellant will notify the District Court in writing, within ten days after service of its reply brief that the appeal is ready for oral argument.

Dated: _____, 2007    **WALTER LAW GROUP,**
a Professional corporation

By: _____
Riley C. Walter, Attorneys for Grower's Committee

Dated: _____, 2007    **KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP**

By: _____
Scott Belden, Attorneys for Michael D. McGranahan, Chapter 7 Trustee

## ORDER

The Court having considered the above stipulation entered into by the parties and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. Appellant's opening brief and excerpts of record must be filed on or before September 10, 2007.

2. Appellee's opening brief must be filed on or before October 8, 2007.

3. Appellant may file an opening brief within 15 days after service of Appellee's opening brief.

4. Once all briefs have been submitted, Appellant will notify the District Court in writing, within ten days after service of its reply brief that the appeal is ready for oral argument.

IT IS SO ORDERED.

Dated:   August 28, 2007                            /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE

SECOND STIPULATION REGARDING BRIEFING SCHEDULE AND ORDER THEREON   -3-   K:\AWI\To_Be_Signed\07cv0343.stipo.continuing briefing sch.wpd