T. SCOTT BELDEN, csb no 184387
LISA HOLDER, CSB NO 217752
Klein, DeNatale, Goldner,
  Cooper, Rosenlieb & Kimball, llp
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Cross-Appellant and Appellee,
Michael D. McGranahan, Chapter 7 Trustee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROWER'S COMMITTEE,<br><br>　　　　Appellant,<br><br>　　v.<br><br>MICHAEL MCGRANAHAN, CHAPTER 7 TRUSTEE,<br><br>　　　　Appellee. | District Court Case No. 1:07-CV-00343-AWI<br>　　Consolidated w/No. 1:07-CV-00344-AWI<br><br>BAP Case No.  EC-07-1000 & EC-07-1014<br><br>Bankruptcy Case No. 03-11610-B-7<br><br>Adv. Proc. No. 05-1304-B<br><br>**THIRD STIPULATION REGARDING BRIEFING SCHEDULE AND ORDER** |

**Recitals**

1. On or about June 22, 2007, the district court served its Briefing Schedule in Bankruptcy Appeal.
2. The parties filed a first stipulation to modify the Briefing Schedule and the Court approved the first stipulation by Order signed July 6, 2007 and filed July 9, 2007.
3. The Parties filed a second stipulation on or about August 27, 2007, requesting that the briefing schedule be modified.  The Order approving the second stipulation was signed on August 28, 2007 and filed on August 29, 2007.  The Order provided that Appellant's opening Brief was due by September 10, 2007, and Appellee's Opening Brief is due October 8, 2007.
4. The Parties now file their third stipulation and request that the briefing schedule be modified.  Appellant filed its opening brief on September 18, 2007.  The modification now agreed to between the parties is to allow Appellee 14 additional days to file his opening brief.  Due to counsel's work schedule and vacation

scheduled the second week of October, additional time is necessary for filing Appellee's opening brief.

**Stipulation**

THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel as follows:

1. Appellee Michael McGranahan's opening brief must be filed on or before October 22, 2007.

2. Appellant Grower's Committee may file a reply brief within fifteen (15) days after service of Appellee Michael McGranahan's opening brief.

3. Once all briefs have been submitted, the Appellant Grower's Committee will notify the district court in writing, within ten (10) days after service of its reply brief that the appeal is ready for oral argument.

Dated: October 3, 2007               KLEIN, DeNATALE, GOLDNER,
                                     COOPER, ROSENLIEB & KIMBALL, LLP


                                     By /s/ Lisa Holder
                                        LISA HOLDER, Attorneys for Cross-Appellant
                                        and Appellee, Michael D. McGranahan,
                                        Chapter 7 Trustee

                                     WALTER LAW GROUP

Dated: October _____, 2007


                                     By /s/ Riley C. Walter
                                        RILEY C. WALTER , Attorneys for Appellant
                                        and Cross-Appellee, Grower's Committee




(Order on Following Page)

**O R D E R**

The Court having considered the above stipulation entered into by the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. Appellee Michael McGranahan's opening brief must be filed on or before October 22, 2007.

2. Appellant Grower's Committee may file a reply brief within fifteen (15) days after service of Appellee Michael McGranahan's opening brief.

3. Once all briefs have been submitted, the Appellant Grower's Committee will notify the district court in writing, within ten (10) days after service of its reply brief that the appeal is ready for oral argument.

IT IS SO ORDERED.

Dated:   **October 5, 2007**               **/s/ Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE