(SPACE BELOW FOR FILING STAMP ONLY)

WALTER LAW GROUP
a Professional Corporation
Riley C. Walter #91839
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rwalter@walterlawgroup.com

Attorneys for Appellant and Cross-Appellee

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br>**CENTRAL VALLEY PROCESSING, INC.,**<br>Debtor. | CASE NO:<br>1:07-CV-00343-AWI<br>Consolidated with Case No:<br>1:07-CV-00344-AWI<br><br>Bankruptcy Case No. 03-11610-B-7 |
| GROWER'S COMMITTEE,<br>Appellant,<br>v.<br>MICHAEL McGRANAHAN, Chapter 7 Trustee,<br>Appellee. | ADV. PROC. NO.: 05-1304 |

**SIXTH STIPULATION REGARDING BRIEFING SCHEDULE AND ORDER THEREON**

On or about June 22, 2007, the Court served its Briefing Schedule in Bankruptcy Appeal.

The parties filed a first stipulation to modify the Briefing Schedule and the Court approved the first stipulation by Order signed July 6, 2007 and filed July 9, 2007.

1    The parties filed a second stipulation on or about August 27, 2007, requesting that the briefing schedule be modified.  The Order approving the second stipulation was signed on August 28, 2007 and filed on August 29, 2007.  The Order provided that Appellant's opening brief was due by September 10, 2007 and Appellee's opening brief was due October 8, 2007.

The parties filed a third stipulation on or about October 3, 2007, requesting that the briefing schedule be modified.  The Order approving the third stipulation was signed on October 5, 2007 and filed on October 5, 2007.  The Order provided that Appellee's opening brief was due on October 22, 2007.

The parties filed their fourth stipulation and request that the briefing schedule be modified.  The Order approving the fourth stipulation was signed on October 23, 2007 and filed on October 24, 2007.  The Order provided that Appellee's opening brief was due on November 1, 2007.

The parties filed their fifth stipulation and request that the briefing schedule be modified.  The Order approving the fifth stipulation was signed on November 14, 2007 and filed on November 16, 2007.  The Order provided that Appellant's reply brief was due on December 3, 2007.

The parties now file their sixth stipulation and request that the briefing schedule be modified.  Appellee filed its opening brief on November 1, 2007.  The modification now agreed to between the parties is to allow Appellant until January 4, 2008 to file its reply brief. Due to counsel's work schedule and the upcoming holiday, additional time is necessary for filing Appellant's reply brief.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel as follows:

1. Appellant Grower's Committee's reply brief must be filed on or before January 4, 2008.

///

///

2. Appellant Grower's Committee will notify the Court in writing, within ten days after service of its reply brief that the appeal is ready for oral argument.

Dated: _____, 2007          **WALTER LAW GROUP,**
                                              a Professional corporation

By: _____
Riley C. Walter, Attorneys for Grower's Committee

Dated: _____, 2007          **KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP**

By: _____
Lisa Holder, Attorneys for Michael D. McGranahan, Chapter 7 Trustee

## ORDER

The Court having considered the above stipulation entered into by the parties and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. Appellant Grower's Committee's reply brief must be filed on or before January 4, 2008.

2. Appellant Grower's Committee will notify the Court in writing, within ten days after service of its reply brief that the appeal is ready for oral argument.

IT IS SO ORDERED.

**Dated:   December 6, 2007**           _____/s/ Anthony W. Ishii_____
                                        UNITED STATES DISTRICT JUDGE