(SPACE BELOW FOR FILING STAMP ONLY)

1  WALTER LAW GROUP
   a Professional Corporation
2  Riley C. Walter #91839
   7110 North Fresno Street, Ste. 400
3  Fresno, California 93720
   Telephone:   (559) 435-9800
4  Facsimile:   (559) 435-9868
   E-mail:      rwalter@walterlawgroup.com
5

6  Attorneys for Appellant and Cross-Appellee

7

**FILED**

JAN 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11

12  In re

    CENTRAL VALLEY
13  PROCESSING, INC.,
                                      Bankruptcy Case No. 03-11610-B-7
14            Debtor.

15

16  GROWER'S COMMITTEE,
                                      ADV. PROC. NO.: 05-1304
17            Appellant,

18  v.                                DISTRICT COURT CASE NO:
                                      1:07-CV-00343-AWI
19  MICHAEL McGRANAHAN, Chapter 7     Consolidated with Case No:
    Trustee,                          1:07-CV-00344-AWI
20
              Appellee.
21

22                                    ADV. PROC. NO.: 05-1089
    CENTRAL VALLEY PROCESSING, INC.
23  and MICHAEL McGRANAHAN,           DC No.:   KDG-44
    CHAPTER 7 TRUSTEE,
24
              Plaintiffs,             DISTRICT COURT CASE NO:
25                                    1:07-CV-00506-AWI
    v.
26
    ROBERT W. CHRISTIAN, et al.,
27
              Defendants.
28

STIPULATION FOR STAY OF APPEALS                M:\A-C\Central Valley Processing\Ad Proc\Grower's Committee v.
                                               Trustee\Settlement\Stip for Stay 010208.ss.wpd

1                 **STIPULATION FOR STAY OF APPEALS**

2        It is hereby stipulated and agreed by and between the Growers' Committee

3   and the Chapter 7 Trustee of Central Valley Processing, Inc. that Appeal No. 1:07-

4   CV-00343-AWI and Appeal No. 1:07-CV-00506-AWI shall be stayed pending court

5   approval of a settlement of the matters. Should the subject appeals not be dismissed

6   by March 1, 2008 the parties will submit to the Court a Joint Status Report.

7

8   Dated: _____ Jcw. 2 _____, 2008       **WALTER LAW GROUP,**
                                      a Professional corporation

9

10                            By: _____

11                                  Riley C. Walter, Attorneys for Growers'
                                  Committee

12

13   Dated: _____ Jan 2 _____, 2008       **KLEIN, DENATALE, GOLDNER,**
                                    **COOPER, ROSENLIEB & KIMBALL, LLP**

14

15                            By: _____
                                  T. Scott Belden, Attorneys for Michael D.
                                  McGranahan, Chapter 7 Trustee

16

17                                      **ORDER**

18        The Court having reviewed the above stipulation submitted by the Parties

19   hereby orders that the above-captioned appeals be stayed pending appeal. Should

20   the subject appeals not be dismissed by March 1, 2008 the parties are to submit a

21   Joint Status Report.

22

23   Dated: _____ 1-28-0E _____

24                                  Anthony W. Ishii
                                 United States District Court Judge

25

26

27

28

STIPULATION FOR STAY OF APPEALS                          M:\A-C\Central Valley Processing\Ad Proc\Grower's Committee v.
                                   Trustee\Settlement\Stip for Stay 010208 ss wpd