(SPACE BELOW FOR FILING STAMP ONLY)

1  WALTER LAW GROUP
   a Professional Corporation
2  Riley C. Walter #91839
   7110 North Fresno Street, Ste. 400
3  Fresno, California 93720
   Telephone: (559) 435-9800
4  Facsimile: (559) 435-9868
   E-mail: rwalter@walterlawgroup.com

**FILED**

AUG 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

6  Attorneys for Appellant and Cross-Appellee

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

In re

CENTRAL VALLEY
PROCESSING, INC.,

Debtor.

Bankruptcy Case No. 03-11610-B-7

---

GROWER'S COMMITTEE,

Appellant,

v.

MICHAEL McGRANAHAN, Chapter 7
Trustee,

Appellee.

ADV. PROC. NO.: 05-1304

**DISTRICT COURT CASE NO:
1:07-CV-00343-AWI
Consolidated with Case No:
1:07-CV-00344-AWI**

---

CENTRAL VALLEY PROCESSING, INC.
and MICHAEL McGRANAHAN,
CHAPTER 7 TRUSTEE,

Plaintiffs,

v.

ROBERT W. CHRISTIAN, et al.,

Defendants.

ADV. PROC. NO.: 05-1089

DC No.: KDG-44

**DISTRICT COURT CASE NO:
1:07-CV-00506-AWI**

---

STIPULATION FOR DISMISSAL OF APPEALS

M:\A-C\Central Valley Processing\Ad Proc\Grower's Committee v.
Trustee\Settlement\Stip for Dismissal of Appeals.121007.ss.wpd

## STIPULATION FOR DISMISSAL OF APPEALS

It is hereby stipulated and agreed by and between the Growers' Committee and the Chapter 7 Trustee of Central Valley Processing, Inc. that Appeal No. 1:07-CV-00343-AWI and Appeal No. 1:07-CV-00506-AWI shall be dismissed with each party to bear its own fees and expenses.

Dated: 2/14, 2008

WALTER LAW GROUP,
a Professional corporation

By: _____
Riley C. Walter, Attorneys for Growers' Committee

Dated: 2/19, 2008

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
T. Scott Belden, Attorneys for Michael D. McGranahan, Chapter 7 Trustee

It is so Ordered, Dated: 8-1-08

_____
United States District Judge